§ 2255 Rules                                                Form 1

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

2:06CV505-MHT

| United States District Court | District<br>Middle Dist. of Alabama |
|---|---|
| Name (under which you were convicted):<br>Wendell L. Wilson | Docket or Case No.:<br>01-CR-00149-T (MHT) |
| Place of Confinement:<br>F.M.C. Devens | Prisoner No.:<br>11583-002 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| v. | Wendell L. Wilson |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging: U.S District Court for the Middle District of Alabama
   (b) Criminal docket or case number (if you know): 01-CR-00149-T
2. (a) Date of judgment of conviction (if you know): June 2, 2005
   (b) Date of sentencing: June 2, 2005
3. Length of sentence: 60 months
4. Nature of crime (all counts): Possession of a Firearm in Furtherance of a Drug Trafficking crime

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☒   (3) Nolo contendere (no contest) ☐
   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?
   The plea agreement was for the firearm offense with the drug offense being dismissed at the time of sentencing.

6. If you went to trial, what kind of trial did you have? (Check one)
   Jury ☐   Judge only ☐   N/A
7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
   Yes ☐   No ☐   N/A
8. Did you appeal from the judgment of conviction?   Yes ☐   No ☒
   Made request to counsel to file a direct appeal but counsel abandoned me.

649

Form 1 § 2255 Rules

9. If you did appeal, answer the following:
   (a) Name of court: __N/A__
   (b) Docket or case number (if you know): ____
   (c) Result: ____
   (d) Date of result (if you know): ____
   (e) Citation to the case (if you know): ____
   (f) Grounds raised: ____
   ____
   ____
   ____
   ____

   (g) Did you file a petition for certiorari in the United States Supreme Court?
       Yes ☐ No ☒
       If yes, answer the following:
       (1) Docket or case number (if you know): __N/A__
       (2) Result: ____
       (3) Date of result (if you know): ____
       (4) Citation to the case (if you know): ____
       (5) Grounds raised: ____
       ____
       ____
       ____
       ____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐ No ☒
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: __N/A__
        (2) Docket or case number (if you know): ____
        (3) Date of filing (if you know): ____
        (4) Nature of proceeding: ____
        (5) Grounds raised: ____
        ____
        ____
        ____
        ____
        ____

        (6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☐
        (7) Result: __N/A__
        (8) Date of result (if you know): ____
    (b) If you filed any second motion, petition, or application, give the same information:
        (1) Name of court: ____
        (2) Docket or case number (if you know): ____
        (3) Date of filing (if you know): ____
        (4) Nature of proceeding: ____

§ 2255 Rules                                           Form 1

(5) Grounds raised: ___N/A_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☐
(7) Result: __N/A_____
(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
   (1) First petition:    Yes ☐  No ☐    N/A
   (2) Second petition:   Yes ☐  No ☐  .

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____
_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** ___Ineffective assistance of Counsel on Direct Appeal.___
_____
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ___Petitioner asserts that his Fifth and Sixth Amendment Rights were violated due to substantially deficient performance of counsel, namely that counsel failed to file a direct appeal as requested by the Petitioner.___
_____
_____

(b) **Direct Appeal of Ground One:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐  No ☒
   (2) If you did not raise this issue in your direct appeal, explain why: ___Counsel abandoned request for direct appeal.___

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?    Yes ☐  No ☒
   (2) If your answer to Question (c)(1) is "Yes," state:
   Type of motion or petition _____
   Name and location of the court where the motion or petition was filed:
   _____
   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available: _____
   _____
   (3) Did you receive a hearing on your motion, petition, or application?
       Yes ☐  No ☐   N/A

Form 1 §2255 Rules

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐ No ☒ N/A
(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
    Yes ☐ No ☒
(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: __N/A__
Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available: _____

(7) If your answer to Question (c)(4) or (c)(5) is "No," explain why you did not appeal or raise this issue: _____

**GROUND TWO:** __WHETHER PETITIONER ENTERED INTO AN UNKNOWING, INVOLUNTARY AND UNINTELLIGENT PLEA__
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
__PETITIONER ASSERTS THAT HE WAS NOT AFFORDED AN OPPORTUNITY TO REVIEW THE DISCOVERY PRIOR TO ENTERING HIS GUILTY PLEA IN ORDER TO GUARANTEE THAT HE WAS MAKING AN INFORMED WAIVER OF HIS RIGHTS TO TRIAL, AND TO PROTECT HIM FROM UNINFORMED CULPABILITY AS A DIRECT RESULT OF THE GUILTY PLEA, BASED ON CHARGES THAT WERE TO BE DISMISSED IN RETURN FOR THE PLEA__

(b) **Direct Appeal of Ground Two:**
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐ No ☒
    (2) If you did not raise this issue in your direct appeal, explain why: __N/A__

(c) **Post-Conviction Proceedings:**
    (1) Did you raise this issue in any post-conviction motion, petition, or application?    Yes ☐ No ☐
    (2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition _____
Name and location of the court where the motion or petition was filed:
Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available: _____

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐ No ☐
(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☐  No ☐
(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____
Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available: ____

(7) If your answer to Question (c)(4) or (c)(5) is "No," explain why you did not appeal or raise this issue: _____

**GROUND THREE:** WHETHER PETITIONER SUFFERED FROM DOUBLE JEOPARDY AND VENUE SHOPPING IN VIOLATION OF HIS SIXTH AMENDMENT RIGHTS
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): PETITIONER ASSERTS THAT HIS RIGHT TO BE FREE FROM DOUBLE JEOPARDY WAS VIOLATED WHEN THE SAME CRIMINAL ACTION WAS PROSECUTED BY THE IDENTICAL PROSECUTOR IN BOTH THE STATE AND FEDERAL VENUES. THERE IS A VIABLE CONCERN WHETHER THERE WAS FORUM SHOPPING THAT MAY HAVE VIOLATED PETITIONER'S FIFTH, SIXTH AND FOURTEENTH AMENDMENT RIGHTS

(b) **Direct Appeal of Ground Three:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐  No ☒  N/A
   (2) If you did not raise this issue in your direct appeal, explain why: _____

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition or application?   Yes ☐  No ☐
   (2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition _____
Name and location of the court where the motion or petition was filed: _____
Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available: ____

   (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐  No ☐
   (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐  No ☐
   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
      Yes ☐  No ☐

653

Form 1 §  2255 Rules

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____
Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available: _____

(7) If your answer to Question (c)(4) or (c)(5) is "No," explain why you did not appeal or raise this issue: _____

**GROUND FOUR:** WHETHER PETITIONER'S FOURTH, FIFTH AND SIXTH AMENDMENT RIGHTS WERE VIOLATED DUE TO DEFICIENT PERFORMANCE OF COUNSEL
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): PETITIONER ASSERTS THAT HIS CONSTITUTIONALLY PROTECTED RIGHTS UNDER THE FOURTH, FIFTH, AND SIXTH AMENDMENT'S BASED UPON COUNSEL FAILURE TO LITIGATE ON THE BEST INTEREST OF THE CLIENT, COUNSEL'S ACTIONS AND OR OMISSIONS DEMONSTRATE A VIABLE CLAIM TO A CONFLICT OF INTEREST THAT SEVERELY PREJUDICED PETITIONER'S CAUSE OF DEFENSE

(b) **Direct Appeal of Ground Four:**
(1) If you appealed from the judgment of conviction, did you raise this issue?
   Yes ☐   No ☐
(2) If you did not raise this issue in your direct appeal, explain why: _____

(c) **Post-Conviction Proceedings:**
(1) Did you raise this issue in any post-conviction motion, petition or application?   Yes ☐   No ☐
(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition _____
Name and location of the court where the motion or petition was filed: _____
Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available: _____

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☐
(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☐
(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☐   No ☐
(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____
Docket or case number (if you know): _____
Date of the court's decision: _____

§ 2255 Rules                                            Form 1

Result (attach a copy of the court's opinion or order, if available: _____
N/A
_____

(7) If your answer to Question (c)(4) or (c)(5) is "No," explain why you did not appeal or raise this issue: _____
_____
_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?
    If so, which groung or grounds have not been presented, and state your reasons for not presenting them: _____
    N/A
    _____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐   No ☐
    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. __N/A__
    _____
    _____
    _____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At preliminary hearing: __Barry Teague, Esq.__
        __135 Adams Ave, Montgomery, Alabama 36104__
    (b) At arraignment and plea: __(Same)__
        _____
    (c) At trial: __N/A_____
    (d) At sentencing: __(Same)_____
    (e) On appeal: __Counsel abandoned petitioner's request for a__
        __direct appeal N/A__
    (f) In any post-conviction proceeding: _____
    (g) On appeal from any ruling against you in a post-conviction proceeding:
    _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☒
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____
    (b) Give the date the other sentence was imposed: __N/A__
    (c) Give the length of the other sentence: _____
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☒

Form 1 §2255 Rules

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your petition.* **N/A**

Therefore, movant asks that the Court grant the following relief: **TO VACATE THE CONVICTION AND SENTENCE AND REMAND FOR AN EVIDENTIARY HEARING AS TO COUNSEL'S FAILURE TO FILE REQUESTED DIRECT APPEAL** or any other relief to which movant may be entitled.

**N/A (PRO SE)**
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on **MAY 30, 2006** (month, date, year).

Executed (signed) on **5-30-06** (date).

*Wendell A. Wilson*
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. **N/A**

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255 provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of—
      (1) the date on which the judgment of conviction became final;
      (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
      (3) the date on which the right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
      (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

656