27BD, CLOSED, MHT-ClerkB, SC

# U.S. District Court
## Alabama Middle District (Montgomery)
## CRIMINAL DOCKET FOR CASE #: 2:01-cr-00149-MHT-VPM-1
## Internal Use Only

Case title: USA v. Wilson, et al     Date Filed: 09/25/2001

Assigned to: Honorable Myron H. Thompson
Referred to: Honorable Vanzetta P. McPherson

### Defendant

**Wendell Lamar Wilson** (1)     represented by     **Barry Elvin Teague**
*TERMINATED: 06/10/2005*                             138 Adams Avenue
                                                    P. O. Box 586
                                                    Montgomery, AL 36101
                                                    (334) 834-4500
                                                    Fax: 834-4501
                                                    Email: beteague36@aol.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    Designation: Retained

### Pending Counts

18:924(c)(1)(A)(i)/2
FIREARM:DRUG CRIME;
AID/ABET -- NMT $250,000, [*];
NLT 5Y CONS 21:841(a)(1) SEN,
B; NMT 5Y SUP REL; VWPA;
G-LNS; $100 SA
(5)

### Disposition

60 Mos Imp; 5 Yrs Sup Rel; $100 SA

### Highest Offense Level (Opening)

Felony

### Terminated Counts

21:846 CONSP:POSS TO DISTB
COCAINE/MARIJUANA -- NMT
$2,000,000, [*]; NLT 5Y, NMT 20Y,
B; NLT 4Y SUP REL; VWPA;

### Disposition

Dismissed at Sentencing

| | |
|---|---|
| G-LNS; $100 SA (1) | |
| 21:841(a)(1)/18:2 POSS TO DISTB:COCAINE BASE; AID/ABET -- NMT $2,000,000; [*]; NLT 5Y, NMT 20Y, B; NLT 4Y SUP REL; VWPA; G-LNS; $100 SA (2) | Dismissed at Sentencing |
| 21:841(a)(1)/18:2 POSS TO DISTB:COCAINE HYDRO; AID/ABET -- NMT $1,000,000, [*]; NMT 20Y, B; NLT 3Y SUP REL; VWPA; G-LNS; $100 SA (3) | Dismissed at Sentencing |
| 21:841(a)(1)/18:2 POSS TO DISTB:MARIJUANA; AID/ABET - NMT $250,000, [*]; NMT 5Y, B; NLT 2Y SUP REL; VWPA; G-LNS; $100 SA (4) | Dismissed at Sentencing |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**United States of America**   represented by   **Michael D. Kanarick**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
*TERMINATED: 03/23/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan R. Redmond**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280

Fax: 223-7560
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/25/2001 | | Motion filed in Cr Misc No. 639 to SEAL Indictment by USA as to Wendell Lamar Wilson, Marlon Jawun Barnes (snc) (Entered: 09/27/2001) |
| 09/25/2001 | | Copy of Mag Judge McPherson's ORDER granting government's motion to SEAL Indictment (snc) (Entered: 09/27/2001) |
| 09/25/2001 | 1 | SEALED INDICTMENT as to Wendell Lamar Wilson (1) count(s) 1, 2, 3, 4, 5, Marlon Jawun Barnes (2) count(s) 1, 2, 3, 4, 5 (snc) (Entered: 09/27/2001) |
| 09/25/2001 | | **Added Government Attorney Michael D. Kanarick as to Wendell Lamar Wilson, Marlon Jawun Barnes (snc) (Entered: 09/27/2001) |
| 09/25/2001 | | Magistrate Judge Vanzetta Penn McPherson assigned to case for discovery matters as well as matters subsequently referred by District Judge. (snc) (Entered: 09/27/2001) |
| 09/26/2001 | 2 | Arrest WARRANT issued as to Wendell Lamar Wilson (snc) (Entered: 09/27/2001) |
| 09/26/2001 | | (snc) (Entered: 09/27/2001) |
| 09/26/2001 | | **Added party Montgomery U.S. Probation, U.S. Pretrial, US Marshals Service (snc) (Entered: 09/27/2001) |
| 08/01/2002 | | **JS2 Opening Card for Sealed Dft #1, Sealed Dft #2 (per AO Directive) (snc) (Entered: 08/23/2002) |
| 03/23/2004 | 4 | NOTICE of Substitution of Counsel by USA as to Sealed Dft #1, Sealed Dft #2. Susan R. Redmond substituted for Michael D. Kanarick. (ekl) (Entered: 03/25/2004) |
| 03/23/2004 | | **Added Government Attorney Susan R. Redmond as to Sealed Dft #1, Sealed Dft #2 (ekl) (Entered: 03/25/2004) |
| 03/23/2004 | | **Terminated attorney Michael D. Kanarick for USA (ekl) (Entered: 03/25/2004) |
| 09/07/2004 | | INDICTMENT UNSEALED (pursuant to Order issued in Cr Misc No. 639) as to Wendell Lamar Wilson, Marlon Jawun Barnes (snc) (Entered: 09/08/2004) |
| 09/08/2004 | 5 | Limits of Punishment as to Wendell Lamar Wilson, Marlon Jawun Barnes (snc) (Entered: 09/08/2004) |
| 09/08/2004 | | ***Set/Clear Flags as to Wendell Lamar Wilson, Marlon Jawun Barnes (snc) (Entered: 09/08/2004) |

| | | |
|---|---|---|
| 12/21/2004 | | Arrest of Wendell Lamar Wilson (sql, ) (Entered: 12/21/2004) |
| 12/21/2004 | 12 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Initial Appearance as to Wendell Lamar Wilson held on 12/21/2004 (Recording Time FTR: 3:15 - 3:37 pm.) (sql, ) (Entered: 12/21/2004) |
| 12/23/2004 | | Attorney update in case as to Wendell Lamar Wilson. Attorney Barry Elvin Teague for Wendell Lamar Wilson added. Mr. Teague advised in open Court that he has been retained and will file notice of appearance. (jct, ) (Entered: 12/23/2004) |
| 12/23/2004 | 13 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Bond Hearing as to Wendell Lamar Wilson held on 12/23/2004 (Recording Time 9:10 - 9:15.) (jct, ) (Entered: 12/23/2004) |
| 12/23/2004 | 14 | Non-Surety Bond Entered as to Wendell Lamar Wilson in amount of $ 25,000.00, (jct, ) (Entered: 12/23/2004) |
| 12/23/2004 | 15 | ORDER Setting Conditions of Release as to Wendell Lamar Wilson (1) $25,000.00 non-surety . Signed by Judge Vanzetta P. McPherson on 12/23/04. (jct, ) (Entered: 12/23/2004) |
| 12/23/2004 | 17 | Arrest Warrant Returned Executed on 12/21/04 as to Wendell Lamar Wilson. (snc) (Entered: 12/23/2004) |
| 12/23/2004 | 18 | NOTICE OF ATTORNEY APPEARANCE: Barry Elvin Teague appearing for Wendell Lamar Wilson (sql, ) (Entered: 12/28/2004) |
| 01/04/2005 | | Set/Reset Hearings as to Wendell Lamar Wilson: Arraignment set for 1/5/2005 10:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson. (jct, ) (Entered: 01/04/2005) |
| 01/04/2005 | 19 | ORDER as to Wendell Lamar Wilson Arraignment set for 1/5/2005 10:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson.. Signed by Judge Vanzetta P. McPherson on 1/4/05. (jct, ) (Entered: 01/04/2005) |
| 01/05/2005 | 20 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Arraignment as to Wendell Lamar Wilson (1) Count 1,2,3,4,5 held on 1/5/2005, Plea entered by Wendell Lamar Wilson Not Guilty on counts 1-5. (Recording Time 10:04 - 10:06.) (jct, ) (Entered: 01/05/2005) |
| 01/07/2005 | 22 | ORDER ON ARRAIGNMENT: Pretrial Conference set for 2/14/2005 09:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson. Jury Trial set for 3/7/2005 Jury Term. Pretrial Motions due two days before pretrial conference. Discovery due from the government by 1/5/05 and from the defendant by 1/7/2005. Signed by Judge Vanzetta P. McPherson on 1/7/05. (snc) (Entered: 01/07/2005) |

| | | |
|---|---|---|
| 01/26/2005 | 36 | ORDER as to Wendell Lamar Wilson, Marlon Jawun Barnes ASSIGNING this case to Judge Myron H. Thompson. Pretrial conference is set for 2/14/05 at 9:00 a.m. before Judge Vanzetta McPherson . Signed by Judge Vanzetta P. McPherson on 1/26/05. (snc) (Entered: 01/26/2005) |
| 01/26/2005 | | Case as to Wendell Lamar Wilson, Marlon Jawun Barnes Assigned to Judge Myron H. Thompson. Judge Unassigned Judge no longer assigned to the case. (snc) (Entered: 01/28/2005) |
| 02/08/2005 | 40 | MOTION to Suppress by Wendell Lamar Wilson. (Attachments: # 1 Exhibits)(snc) (Entered: 02/09/2005) |
| 02/10/2005 | 41 | ORDER as to Wendell Lamar Wilson that the government shall show cause why the Motion to Suppress (Doc. #40) should not be granted by 2/17/2005, as further set out. Signed by Judge Vanzetta P. McPherson on 2/10/05. (kcg, ) (Entered: 02/10/2005) |
| 02/14/2005 | 42 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Pretrial Conference as to Wendell Lamar Wilson held on 2/14/2005 (Recording Time 9:01 - 9:02.) (jct, ) (Entered: 02/14/2005) |
| 02/14/2005 | 43 | MOTION to Continue trial by Wendell Lamar Wilson. (ws ) (Entered: 02/15/2005) |
| 02/15/2005 | 44 | ORDER as to Wendell Lamar Wilson DENYING 43 MOTION to Continue trial filed by Wendell Lamar Wilson . Signed by Judge Myron H. Thompson on 2/15/05. (jct, ) (Entered: 02/15/2005) |
| 02/17/2005 | 45 | RESPONSE to Motion by United States of America as to Wendell Lamar Wilson re 40 MOTION to Suppress (Redmond, Susan) (Entered: 02/17/2005) |
| 02/23/2005 | 46 | MOTION to Continue trial by United States of America as to Wendell Lamar Wilson. (Redmond, Susan) (Entered: 02/23/2005) |
| 02/25/2005 | 47 | Defendant's Renewed MOTION to Continue trial by Wendell Lamar Wilson. (kcg, ) (Entered: 02/25/2005) |
| 02/25/2005 | 48 | Requested Voir Dire Questions of Wendell Lamar Wilson (kcg, ) (Entered: 02/25/2005) |
| 02/25/2005 | 49 | Defendant's Request to Charge Jury by Wendell Lamar Wilson (kcg, ) (Entered: 02/25/2005) |
| 02/25/2005 | 50 | REQUEST for Placement Upon Consent Docket for Plea of Guilt by Wendell Lamar Wilson. (kcg, ) (Entered: 02/28/2005) |
| 02/28/2005 | 51 | ORDER as to Wendell Lamar Wilson: Change of Plea Hearing set for 3/1/2005 09:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson. The Clerk is direced to provide a court reporter for this proceeding.Signed by Judge Vanzetta P. McPherson on 2/28/05. (ws) (Entered: 02/28/2005) |

| | | |
|---|---|---|
| 02/28/2005 | 52 | Proposed Voir Dire by United States of America as to Wendell Lamar Wilson (Redmond, Susan) (Entered: 02/28/2005) |
| 02/28/2005 | 53 | Proposed Jury Instructions by United States of America as to Wendell Lamar Wilson (Redmond, Susan) (Entered: 02/28/2005) |
| 02/28/2005 | 54 | ORDER as to Wendell Lamar Wilson denying as moot 46 MOTION to Continue trial filed by United States of America and 47 Defendant's Renewed MOTION to Continue trial filed by Wendell Lamar Wilson. Signed by Judge Myron H. Thompson on 2/28/05. (ws ) (Entered: 03/01/2005) |
| 03/01/2005 | 55 | Consent to Enter Guilty Plea before U. S. Magistrate Judge as to Wendell Lamar Wilson (jct, ) (Entered: 03/01/2005) |
| 03/01/2005 | 56 | PLEA AGREEMENT as to Wendell Lamar Wilson (jct, ) (Entered: 03/01/2005) |
| 03/01/2005 | 57 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Change of Plea Hearing as to Wendell Lamar Wilson held on 3/1/2005, Plea entered by Wendell Lamar Wilson (1) Guilty Count 5; remaining counts to be dismissed at sentencing, (Court Reporter Risa Entrekin.) (jct, ) (Entered: 03/01/2005) |
| 03/01/2005 | 58 | ORDER that defendant be released and continued under the same conditions imposed by U. S. Magistrate Judge on 12/23/04 as to Wendell Lamar Wilson . Signed by Judge Vanzetta P. McPherson on 3/1/05. (jct, ) (Entered: 03/01/2005) |
| 03/02/2005 | 59 | REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA to Count 5 of the Indictment as to Wendell Lamar Wilson; Objections to R&R due by 3/11/2005. Signed by Judge Vanzetta P. McPherson on 3/2/05. (snc) (Entered: 03/02/2005) |
| 03/17/2005 | 60 | ORDER Accepting Guilty Plea to Count Five of the Indicment as to Wendell Lamar Wilson and denying as moot all applicable pending deadlines and motions ( Motions terminated as to Wendell Lamar Wilson: 40 MOTION to Suppress filed by Wendell Lamar Wilson, 59 REPORT AND RECOMMENDATION as to Wendell Lamar Wilson, 50 MOTION for Placement Upon Consent Docket for Plea of Guilt filed by Wendell Lamar Wilson) . Signed by Judge Myron H. Thompson on 3/17/2005. (snc) (Entered: 03/17/2005) |
| 03/17/2005 | 61 | ORDER as to Wendell Lamar Wilson setting Sentencing for 6/2/2005 10:00 AM in Courtroom 2E before Honorable Myron H. Thompson, directing counsel to communicate in writing to the PO any objections to the PSR by 5/16/2005, and directing parties to be available for a conference with the PO on 5/17/2005, as outlined in order. Signed by Judge Myron H. Thompson on 3/17/2005. (snc) (Entered: 03/17/2005) |
| 05/26/2005 | 62 | MOTION for Reduction in Criminal Offense Level for Acceptance of Responsibility by United States of America as to Wendell Lamar |

| | | |
|---|---|---|
| | | Wilson. (Redmond, Susan) (Entered: 05/26/2005) |
| 05/31/2005 | | ***Set/Clear Flags as to Wendell Lamar Wilson (snc, ) (Entered: 05/31/2005) |
| 05/31/2005 | | ***Set/Clear Flags as to Wendell Lamar Wilson (snc, ) (Entered: 05/31/2005) |
| 06/02/2005 | 63 | Minute Entry for SENTENCING HEARING held before Judge Myron H. Thompson on 6/2/2005 as to Wendell Lamar Wilson (Counts 1, 2, 3, 4 Dismissed at Sentencing) (Court Reporter Mitchell Reisner.) (snc) (Entered: 06/03/2005) |
| 06/02/2005 | | Plea Agreement Accepted as to Wendell Lamar Wilson (snc) (Entered: 06/03/2005) |
| 06/02/2005 | | ORAL ORDER, during sentence imposition, granting 62 Motion for Reduction in Criminal Offense Level for Acceptance of Responsibility as to Wendell Lamar Wilson (1). Entered by Judge Myron H. Thompson on 6/2/05. (snc) (Entered: 06/03/2005) |
| 06/02/2005 | 64 | ORDER REMANDING Wendell Lamar Wilson to the custody of the USM as required by 18 USC 3143, as amended . Signed by Judge Myron H. Thompson on 6/2/05. (snc) (Entered: 06/03/2005) |
| 06/02/2005 | | ***Location (LC) start as to Wendell Lamar Wilson (snc) (Entered: 06/03/2005) |
| 06/10/2005 | 65 | JUDGMENT as to Wendell Lamar Wilson (1), Count(s) 1, 2, 3, 4: Dismissed at Sentencing; Count(s) 5: 60 Mos Imp; 5 Yrs Sup Rel; $100 SA . Signed by Judge Myron H. Thompson on 6/10/05. (snc) (Entered: 06/10/2005) |
| 06/10/2005 | | ***Set/Clear Flags as to Wendell Lamar Wilson (snc, ) (Entered: 06/10/2005) |
| 07/15/2005 | 66 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Wendell Lamar Wilson (snc) (Entered: 07/18/2005) |
| 09/12/2005 | | Payment Received: as to Wendell Lamar Wilson $ 100.00 assessment, receipt number 107640 (ws, ) (Entered: 09/12/2005) |