IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WENDELL WILSON | ) | |
| | ) | CV. NO. 2:06-CV-505-MHT |
| v. | ) | CR. NO. 2:01-CR-149-MHT |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

GOVERNMENT'S MOTION TO EXTEND TIME TO RESPOND TO
ORDER ISSUED JUNE 14, 2006

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and in response to the court order issued June 14, 2006, respectfully requests that the court grant the government 30 additional days to comply with the court's order.

The Petitioner's memorandum of law in support of his motion was not received by this office until June 22, 2006. The undersigned AUSA made a copy of the memorandum and mailed it, by U.S. Mail, to Barry E. Teague, former counsel for the Petitioner. Mr. Teague has been ordered by the Court to provide an affidavit to the Government, responding to the claims of the Petitioner. Because of the nature of the Petitioner's claims, it is necessary that the Government receive the affidavit of Mr. Teague before any response can be determined, let alone filed. To that end, the government requests an additional 30 days to allow receipt of Mr. Teague's affidavit and to prepare its response.

Respectfully submitted this 29th day of June, 2006.

                                        LEURA GARRETT CANARY
                                        UNITED STATES ATTORNEY

                                        /s/   Susan R. Redmond
                                        SUSAN R. REDMOND
                                        Assistant United States Attorney
                                        Post Office Box 197
                                        Montgomery, AL 36101-0197
                                        334.223.7280
                                        334.223.7135 fax
                                        susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDELL WILSON ) | |
| ) | CV. NO. 2:06-CV-505-MHT |
| v. ) | CR. NO. 2:01-CR-149-MHT |
| ) | |
| UNITED STATES OF AMERICA ) | |

CERTIFICATE OF SERVICE

I, Susan R. Redmond, Assistant United States Attorney, hereby certify that I have served a copy of the foregoing on Wendell Wilson, prisoner number 11583-002, FMC - Devens, Box 879, Devens, MA 01434, by depositing a copy of same in the United States mail, first class, postage prepaid, and properly addressed to him on this the 29th day of June, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
334.223.7280
334.223.7135 fax
susan.redmond@usdoj.gov