IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CIVIL ACTION NO. 2:06CV505-MHT |
| | ) | [WO] |
| WENDELL LAMAR WILSON | ) | |

**O R D E R**

Upon consideration of the motion for extension of time filed by the United States on 29 June 2006 (Doc. # 4), and as movant Wendell Wilson's "Memorandum of Law" in support of his § 2255 motion (Doc. # 3) was not filed until 23 June 2006, it is

**ORDERED** that the motion for extension of time (Doc. # 4) be and is hereby GRANTED. It is further

**ORDERED** that

1. Attorney Barry E. Teague be GRANTED an extension, from 5 July 2006 to and including 21 July 2006, to file an affidavit addressing the claims of ineffective assistance of counsel presented against him in Wilson's § 2255 motion, in compliance with this court's order entered on 14 June 2006.

2. The United States be GRANTED an extension, from 14 July 2006 to and including 31 July 2006, to file a response to Wilson's § 2255 motion, in compliance with this court's order entered on 14 June 2006.

Done this 30th day of June, 2006.

                                               /s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE