IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WENDELL WILSON | ) | |
| | ) | CV. NO. 2:06-CV-505-MHT |
| v. | ) | CR. NO. 2:01-CR-149-MHT |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

GOVERNMENT'S MOTION TO EXTEND TIME TO RESPOND TO
ORDER ISSUED JUNE 30, 2006

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and in response to the court order issued June 30, 2006, respectfully requests that the court grant the government 15 additional days to comply with the court's order.

The Court entered an order on June 30, 2006 permitting attorney Barry Teague until July 21, 2006 to file an affidavit addressing the claims of ineffective assistance of counsel presented against him in Wilson's § 2255 motion. The Court granted the government until July 31, 2006 to file its response, in compliance with the Court's June 14, 2006 order, to Wilson's § 2255 motion.

Mr. Teague passed away on or about July 23, 2006. To date, the government has not received his affidavit. Because of the nature of the claims raised by Wilson, and in the belief that no affidavit will be forthcoming, the government would like an opportunity to research federal rules and case law, as well as the record in this case, to determine a response that will allow the Court to properly decide the disposition of Wilson's motion. To that end, the government requests that the Court grant it an extension of 15 days, or up to and including August 15, 2006, to file its response to Wilson's § 2255 motion.

Respectfully submitted this 25th day of July, 2006.

          LEURA GARRETT CANARY
          UNITED STATES ATTORNEY


          /s/   Susan R. Redmond
          SUSAN R. REDMOND
          Assistant United States Attorney
          Post Office Box 197
          Montgomery, AL 36101-0197
          334.223.7280
          334.223.7135 fax
          susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDELL WILSON ) | |
| ) | CV. NO. 2:06-CV-505-MHT |
| v. ) | CR. NO. 2:01-CR-149-MHT |
| ) | |
| UNITED STATES OF AMERICA ) | |

CERTIFICATE OF SERVICE

I, Susan R. Redmond, Assistant United States Attorney, hereby certify that I have served a copy of the foregoing on Wendell Wilson, prisoner number 11583-002, FMC - Devens, Box 879, Devens, MA 01434, by depositing a copy of same in the United States mail, first class, postage prepaid, and properly addressed to him on this the 25th day of July, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/  Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
334.223.7280
334.223.7135 fax
susan.redmond@usdoj.gov