IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CIVIL ACTION NO. 2:06CV505-MHT |
| | ) | [WO] |
| WENDELL LAMAR WILSON | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on

25 July 2006 (Doc. # 6), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the United States be GRANTED an extension, from 31 July 2006 to

and including 15 August 2006, to file a response to movant Wendell Lamar Wilson's 28

U.S.C. § 2255 motion in compliance with this court's order entered on 14 June 2006.  The

United States is DIRECTED to include its position on the impact of Mr. Teague's death on

the court's processing and analysis of the petitioner's claims of ineffective assistance.

Done this 26th day of July, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE