IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CIVIL ACTION NO. 2:06CV505-MHT |
| | ) | [WO] |
| WENDELL LAMAR WILSON | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on 15 August 2006 (Doc. # 8), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the United States be GRANTED an extension, from 15 August 2006 to and including 18 August 2006, to file a response to movant Wendell Lamar Wilson's 28 U.S.C. § 2255 motion in compliance with this court's order entered on 14 June 2006. The United States is DIRECTED to include its position on the impact of Mr. Teague's death on the court's processing and analysis of the movant's claims of ineffective assistance.

Done this 17th day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE