27BD, CLOSED, MHT-ClerkB, SC

# U.S. District Court
# Alabama Middle District (Montgomery)
## CRIMINAL DOCKET FOR CASE #: 2:01-cr-00149-MHT-VPM-ALL

Case title: USA v. Wilson, et al　　　　　　　　　　　　　Date Filed: 09/25/2001

---

Assigned to: Honorable Myron H. Thompson
Referred to: Honorable Vanzetta P. McPherson

**Defendant**

**Wendell Lamar Wilson (1)**　　　　represented by　**Barry Elvin Teague**
*TERMINATED: 06/10/2005*　　　　　　　　　　　　　　138 Adams Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　P. O. Box 586
　　　　　　　　　　　　　　　　　　　　　　　　　　Montgomery, AL 36101
　　　　　　　　　　　　　　　　　　　　　　　　　　(334) 834-4500
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 834-4501
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: beteague36@aol.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　　　*Designation: Retained*

**Pending Counts**　　　　　　　　　　　　　　　　　　**Disposition**

18:924(c)(1)(A)(i)/2 FIREARM:DRUG
CRIME; AID/ABET -- NMT $250,000,
[*]; NLT 5Y CONS 21:841(a)(1) SEN,　　　　　　　　　60 Mos Imp; 5 Yrs Sup Rel; $100 SA
B; NMT 5Y SUP REL; VWPA; G-
LNS; $100 SA
(5)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**　　　　　　　　　　　　　　　　**Disposition**

21:846 CONSP:POSS TO DISTB
COCAINE/MARIJUANA -- NMT
$2,000,000, [*]; NLT 5Y, NMT 20Y,　　　　　　　　　Dismissed at Sentencing
B; NLT 4Y SUP REL; VWPA; G-LNS;
$100 SA
(1)

21:841(a)(1)/18:2 POSS TO

GOVERNMENT EXHIBIT A

| | |
|---|---|
| DISTB:COCAINE BASE; AID/ABET -- NMT $2,000,000; [*]; NLT 5Y, NMT 20Y, B; NLT 4Y SUP REL; VWPA; G-LNS; $100 SA<br>(2) | Dismissed at Sentencing |
| 21:841(a)(1)/18:2 POSS TO DISTB:COCAINE HYDRO; AID/ABET -- NMT $1,000,000, [*]; NMT 20Y, B; NLT 3Y SUP REL; VWPA; G-LNS; $100 SA<br>(3) | Dismissed at Sentencing |
| 21:841(a)(1)/18:2 POSS TO DISTB:MARIJUANA; AID/ABET - NMT $250,000, [*]; NMT 5Y, B; NLT 2Y SUP REL; VWPA; G-LNS; $100 SA<br>(4) | Dismissed at Sentencing |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Honorable Myron H. Thompson
Referred to: Honorable Vanzetta P. McPherson

**Defendant**

**Marlon Jawun Barnes** (2)
*TERMINATED: 01/28/2005*

represented by **Kevin L. Butler**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: kevin_butler@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Federal Defender**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, AL 36104
334-834-2099

Fax: 834-0353
Email: ECFCMALM@fd.org
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

21:846 CONSP:POSS TO DISTB COCAINE/MARIJUANA -- NMT $2,000,000, [*]; NLT 5Y, NMT 20Y, B; NLT 4Y SUP REL; VWPA; G-LNS; $100 SA
(1)

21:841(a)(1)/18:2 POSS TO DISTB:COCAINE BASE; AID/ABET -- NMT $2,000,000; [*]; NLT 5Y, NMT 20Y, B; NLT 4Y SUP REL; VWPA; G-LNS; $100 SA
(2)

21:841(a)(1)/18:2 POSS TO DISTB:COCAINE HYDRO; AID/ABET -- NMT $1,000,000, [*]; NMT 20Y, B; NLT 3Y SUP REL; VWPA; G-LNS; $100 SA
(3)

21:841(a)(1)/18:2 POSS TO DISTB:MARIJUANA; AID/ABET - NMT $250,000, [*]; NMT 5Y, B; NLT 2Y SUP REL; VWPA; G-LNS; $100 SA
(4)

18:924(c)(1)(A)(i)/2 FIREARM:DRUG CRIME; AID/ABET -- NMT $250,000, [*]; NLT 5Y CONS 21:841(a)(1) SEN, B; NMT 5Y SUP REL; VWPA; G-LNS; $100 SA
(5)

**Disposition**

Dismissed on Government's Motion

Dismissed on Government's Motion

Dismissed on Government's Motion

Dismissed on Government's Motion

Dismissed on Government's Motion

**Highest Offense Level (Terminated)**

Felony

|  | **Disposition** |
|---|---|
| **Complaints** | |
| None | |

| **Plaintiff** | | |
|---|---|---|
| **United States of America** | represented by | **Michael D. Kanarick** |
| | | U.S. Attorney's Office |
| | | PO Box 197 |
| | | Montgomery, AL 36101-0197 |
| | | 334-223-7280 |
| | | Fax: 223-7560 |
| | | *TERMINATED: 03/23/2004* |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Susan R. Redmond** |
| | | U.S. Attorney's Office |
| | | PO Box 197 |
| | | Montgomery, AL 36101-0197 |
| | | 334-223-7280 |
| | | Fax: 223-7560 |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/25/2001 | | Motion filed in Cr Misc No. 639 to SEAL Indictment by USA as to Wendell Lamar Wilson, Marlon Jawun Barnes (snc) (Entered: 09/27/2001) |
| 09/25/2001 | | Copy of Mag Judge McPherson's ORDER granting government's motion to SEAL Indictment (snc) (Entered: 09/27/2001) |
| 09/25/2001 | 1 | SEALED INDICTMENT as to Wendell Lamar Wilson (1) count(s) 1, 2, 3, 4, 5, Marlon Jawun Barnes (2) count(s) 1, 2, 3, 4, 5 (snc) (Entered: 09/27/2001) |
| 09/25/2001 | | Magistrate Judge Vanzetta Penn McPherson assigned to case for discovery matters as well as matters subsequently referred by District Judge. (snc) (Entered: 09/27/2001) |
| 09/26/2001 | 2 | Arrest WARRANT issued as to Wendell Lamar Wilson (snc) (Entered: 09/27/2001) |
| 09/26/2001 | 3 | Arrest WARRANT issued as to Marlon Jawun Barnes (snc) (Entered: 09/27/2001) |
| 09/26/2001 | | (snc) (Entered: 09/27/2001) |
| 03/23/2004 | 4 | NOTICE of Substitution of Counsel by USA as to Sealed Dft #1, Sealed |

| | | |
|---|---|---|
| | | Dft #2. Susan R. Redmond substituted for Michael D. Kanarick. (ekl) (Entered: 03/25/2004) |
| 09/07/2004 | | INDICTMENT UNSEALED (pursuant to Order issued in Cr Misc No. 639) as to Wendell Lamar Wilson, Marlon Jawun Barnes (snc) (Entered: 09/08/2004) |
| 12/16/2004 | | Arrest of Marlon Jawun Barnes (jct, ) (Entered: 12/16/2004) |
| 12/16/2004 | | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Marlon Jawun Barnes Federal Defender for Marlon Jawun Barnes appointed. . Signed by Judge Vanzetta P. McPherson on 12/16/04. (jct, ) (Entered: 12/16/2004) |
| 12/16/2004 | 7 | Non-surety Bond Entered as to Marlon Jawun Barnes in amount of $ 25,000.00, (jct, ) (Entered: 12/16/2004) |
| 12/16/2004 | 8 | ORDER Setting Conditions of Release as to Marlon Jawun Barnes (2) $25,000.00 non-surety . Signed by Judge Vanzetta P. McPherson on 12/16/04. (jct, ) (Entered: 12/16/2004) |
| 12/16/2004 | 9 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Arraignment as to Marlon Jawun Barnes (2) Count 1,2,3,4,5 held on 12/16/2004, Initial Appearance as to Marlon Jawun Barnes held on 12/16/2004, Plea entered by Marlon Jawun Barnes (2) Not Guilty on counts 1, 2, 3, 4, 5. (Recording Time 3:00 - 3:17.) (jct, ) (Entered: 12/16/2004) |
| 12/17/2004 | 10 | ORDER ON ARRAIGNMENT Pretrial Conference set for 1/10/2005 09:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson. Jury Trial set for 1/31/2005 10:00 AM before UNASSIGNED JUDGE. Pretrial Motions due by 1/7/2005. Discovery due by 1/3/2005.. Signed by Judge Vanzetta P. McPherson on 12/17/04. (ekl, ) (Entered: 12/17/2004) |
| 12/20/2004 | 11 | NOTICE OF ATTORNEY APPEARANCE: Kevin L. Butler appearing for Marlon Jawun Barnes (Butler, Kevin) (Entered: 12/20/2004) |
| 12/21/2004 | | Arrest of Wendell Lamar Wilson (sql, ) (Entered: 12/21/2004) |
| 12/21/2004 | 12 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Initial Appearance as to Wendell Lamar Wilson held on 12/21/2004 (Recording Time FTR: 3:15 - 3:37 pm.) (sql, ) (Entered: 12/21/2004) |
| 12/23/2004 | | Attorney update in case as to Wendell Lamar Wilson. Attorney Barry Elvin Teague for Wendell Lamar Wilson added. Mr. Teague advised in open Court that he has been retained and will file notice of appearance. (jct, ) (Entered: 12/23/2004) |
| 12/23/2004 | 13 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Bond Hearing as to Wendell Lamar Wilson held on 12/23/2004 (Recording Time 9:10 - 9:15.) (jct, ) (Entered: 12/23/2004) |
| 12/23/2004 | 14 | Non-Surety Bond Entered as to Wendell Lamar Wilson in amount of $ |

| Date | No. | Description |
|---|---|---|
| | | 25,000.00, (jct, ) (Entered: 12/23/2004) |
| 12/23/2004 | 15 | ORDER Setting Conditions of Release as to Wendell Lamar Wilson (1) $25,000.00 non-surety . Signed by Judge Vanzetta P. McPherson on 12/23/04. (jct, ) (Entered: 12/23/2004) |
| 12/23/2004 | 18 | NOTICE OF ATTORNEY APPEARANCE: Barry Elvin Teague appearing for Wendell Lamar Wilson (sql, ) (Entered: 12/28/2004) |
| 01/04/2005 | | Set/Reset Hearings as to Wendell Lamar Wilson: Arraignment set for 1/5/2005 10:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson. (jct, ) (Entered: 01/04/2005) |
| 01/04/2005 | 19 | ORDER as to Wendell Lamar Wilson Arraignment set for 1/5/2005 10:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson.. Signed by Judge Vanzetta P. McPherson on 1/4/05. (jct, ) (Entered: 01/04/2005) |
| 01/05/2005 | 20 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Arraignment as to Wendell Lamar Wilson (1) Count 1,2,3,4,5 held on 1/5/2005, Plea entered by Wendell Lamar Wilson Not Guilty on counts 1-5. (Recording Time 10:04 - 10:06.) (jct, ) (Entered: 01/05/2005) |
| 01/06/2005 | 21 | MOTION, Unopposed, for Extension of Time to File Pretrial Motions by Marlon Jawun Barnes. (Butler, Kevin) (Entered: 01/06/2005) |
| 01/07/2005 | 22 | ORDER ON ARRAIGNMENT: Pretrial Conference set for 2/14/2005 09:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson. Jury Trial set for 3/7/2005 Jury Term. Pretrial Motions due two days before pretrial conference. Discovery due from the government by 1/5/05 and from the defendant by 1/7/2005. Signed by Judge Vanzetta P. McPherson on 1/7/05. (snc) (Entered: 01/07/2005) |
| 01/07/2005 | 23 | ORDER CONTINUING TRIAL - Ends of Justice as to Marlon Jawun Barnes (1) GRANTING defendant's motion for extension of time to file pretrial motions, motions are to be file by 1/14/05; (2) continuing trial from January 31, 2005, to March 7, 2005; (3) directing the defendants to file their waivers of speedy trial on or before 1/14/05; and (4) continuing the Pretrial Conference from 1/10/05 to 2/14/2005 09:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson. Signed by Judge Vanzetta P. McPherson on 1/7/05. (snc) (Entered: 01/07/2005) |
| 01/14/2005 | 24 | MOTION for Extension of Time to File *Pretrial Motions* by Marlon Jawun Barnes. (Butler, Kevin) (Entered: 01/14/2005) |
| 01/18/2005 | 25 | MOTION to Sever Defendant by Marlon Jawun Barnes. (Butler, Kevin) (Entered: 01/18/2005) |
| 01/18/2005 | 26 | MOTION to Dismiss *for Failure to Prosecute* by Marlon Jawun Barnes. (Butler, Kevin) (Entered: 01/18/2005) |
| 01/18/2005 | 27 | MOTION to Suppress *Statement* by Marlon Jawun Barnes. (Butler, Kevin) (Entered: 01/18/2005) |

| | | |
|---|---|---|
| 01/18/2005 | 28 | MOTION to Suppress *Vehicle Search* by Marlon Jawun Barnes. (Butler, Kevin) (Entered: 01/18/2005) |
| 01/19/2005 | 29 | ORDER granting 24 Motion for Extension of Time to File as to Marlon Jawun Barnes (2) and directing that the defendant must file his pretrial motins on or before 1/18/05. Signed by Judge Vanzetta P. McPherson on 1/19/05. (snc) (Entered: 01/19/2005) |
| 01/20/2005 | 30 | ORDER as to Marlon Jawun Barnes re 27 MOTION to Suppress *Statement* filed by Marlon Jawun Barnes directing that on or before 1/28/05 the government shall (1) confirm or refute the allegations in writing, and (2) show cause why the motion to suppress should not be granted. Signed by Judge Vanzetta P. McPherson on 1/20/05. (snc) (Entered: 01/20/2005) |
| 01/20/2005 | 31 | ORDER as to Marlon Jawun Barnes re 26 MOTION to Dismiss *for Failure to Prosecute* filed by Marlon Jawun Barnes directing the government to show cause by 1/26/2005, as outlined in order, as to why the motion should not be granted. Signed by Judge Vanzetta P. McPherson on 1/20/05. (snc) (Entered: 01/20/2005) |
| 01/20/2005 | 32 | ORDER as to Marlon Jawun Barnes re 25 MOTION to Sever Defendant filed by Marlon Jawun Barnes directing the government to file a Response to the motion by 1/28/2005, as outlined in order, and directing Atty Teague to cooperate with the government in complying with the Court's order. Signed by Judge Vanzetta P. McPherson on 1/20/05. (snc) (Entered: 01/20/2005) |
| 01/20/2005 | 33 | ORDER as to Marlon Jawun Barnes re 28 MOTION to Suppress *Vehicle Search* filed by Marlon Jawun Barnes directing the government to file a Response by 1/28/2005. Signed by Judge Vanzetta P. McPherson on 1/20/05. (snc) (Entered: 01/20/2005) |
| 01/20/2005 | 34 | ORDER as to Marlon Jawun Barnes re 25 MOTION to Sever Defendant filed by Marlon Jawun Barnes, 26 MOTION to Dismiss *for Failure to Prosecute* filed by Marlon Jawun Barnes, 27 MOTION to Suppress *Statement* filed by Marlon Jawun Barnes, 28 MOTION to Suppress *Vehicle Search* filed by Marlon Jawun Barnes (1) setting Evidentiary Hearing for 1/31/05 at 9:00 a.m., Courtroom 5A, before Magistrate Judge Vanzetta McPherson; (2) directing that the motions will be considered in the order listed; (3) DIRECTING Atty Teague to appear with respect to the motion to sever and directing the clerk to forward a copy of this order to Mr. Teague; (4) DIRECTING the government to produce the person(s) responsible for the decision to seal the indictment, etc., with respect to the motion to dismiss for failure to prosecute; (5) DIRECTING the government to produce each law enforcement officer present during the defendant's interrogation in November 2001, with respect to the motion to suppress statement; and (6) DIRECTING the government to produce each law enforcement officer present during the stop, arrest, and search on 12/5/2000, with respect to the motion to suppress vehicle search. Signed by Judge Vanzetta P. McPherson on 1/20/05. (snc) (Entered: 01/20/2005) |

| Date | # | Description |
|---|---|---|
| 01/25/2005 | 35 | MOTION to Dismiss *Indictment* by United States of America as to Marlon Jawun Barnes. (Attachments: # 1)(Redmond, Susan) (Entered: 01/25/2005) |
| 01/26/2005 | 36 | ORDER as to Wendell Lamar Wilson, Marlon Jawun Barnes ASSIGNING this case to Judge Myron H. Thompson. Pretrial conference is set for 2/14/05 at 9:00 a.m. before Judge Vanzetta McPherson. Signed by Judge Vanzetta P. McPherson on 1/26/05. (snc) (Entered: 01/26/2005) |
| 01/26/2005 | | Case as to Wendell Lamar Wilson, Marlon Jawun Barnes Assigned to Judge Myron H. Thompson. Judge Unassigned Judge no longer assigned to the case. (snc) (Entered: 01/28/2005) |
| 01/28/2005 | 37 | ORDER granting 35 Motion to Dismiss Indictment as to Marlon Jawun Barnes (2). Signed by Judge Myron H. Thompson on 1/28/05. (snc) (Entered: 01/28/2005) |
| 01/28/2005 | 38 | ORDER as to Marlon Jawun Barnes that the evidentiary hearing set for 1/31/05 is CANCELLED. Signed by Judge Vanzetta P. McPherson on 1/28/05. (ws, ) (Entered: 01/28/2005) |
| 02/01/2005 | 39 | ORDER as to Marlon Jawun Barnes dismissing as moot the following motions: 25 MOTION to Sever Defendant filed by Marlon Jawun Barnes; 26 MOTION to Dismiss *for Failure to Prosecute* filed by Marlon Jawun Barnes; 27 MOTION to Suppress *Statement* filed by Marlon Jawun Barnes; 28 MOTION to Suppress *Vehicle Search* filed by Marlon Jawun Barnes. Signed by Judge Myron H. Thompson on 2/1/05. (ws) (Entered: 02/01/2005) |
| 02/08/2005 | 40 | MOTION to Suppress by Wendell Lamar Wilson. (Attachments: # 1 Exhibits)(snc) (Entered: 02/09/2005) |
| 02/10/2005 | 41 | ORDER as to Wendell Lamar Wilson that the government shall show cause why the Motion to Suppress (Doc. #40) should not be granted by 2/17/2005, as further set out. Signed by Judge Vanzetta P. McPherson on 2/10/05. (kcg, ) (Entered: 02/10/2005) |
| 02/14/2005 | 42 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Pretrial Conference as to Wendell Lamar Wilson held on 2/14/2005 (Recording Time 9:01 - 9:02.) (jct, ) (Entered: 02/14/2005) |
| 02/14/2005 | 43 | MOTION to Continue trial by Wendell Lamar Wilson. (ws ) (Entered: 02/15/2005) |
| 02/15/2005 | 44 | ORDER as to Wendell Lamar Wilson DENYING 43 MOTION to Continue trial filed by Wendell Lamar Wilson . Signed by Judge Myron H. Thompson on 2/15/05. (jct, ) (Entered: 02/15/2005) |
| 02/17/2005 | 45 | RESPONSE to Motion by United States of America as to Wendell Lamar Wilson re 40 MOTION to Suppress (Redmond, Susan) (Entered: 02/17/2005) |
| 02/23/2005 | 46 | MOTION to Continue trial by United States of America as to Wendell Lamar Wilson. (Redmond, Susan) (Entered: 02/23/2005) |

| | | |
|---|---|---|
| 02/25/2005 | 47 | Defendant's Renewed MOTION to Continue trial by Wendell Lamar Wilson. (kcg, ) (Entered: 02/25/2005) |
| 02/25/2005 | 48 | Requested Voir Dire Questions of Wendell Lamar Wilson (kcg, ) (Entered: 02/25/2005) |
| 02/25/2005 | 49 | Defendant's Request to Charge Jury by Wendell Lamar Wilson (kcg, ) (Entered: 02/25/2005) |
| 02/25/2005 | 50 | REQUEST for Placement Upon Consent Docket for Plea of Guilt by Wendell Lamar Wilson. (kcg, ) (Entered: 02/28/2005) |
| 02/28/2005 | 51 | ORDER as to Wendell Lamar Wilson: Change of Plea Hearing set for 3/1/2005 09:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson. The Clerk is direced to provide a court reporter for this proceeding.Signed by Judge Vanzetta P. McPherson on 2/28/05. (ws) (Entered: 02/28/2005) |
| 02/28/2005 | 52 | Proposed Voir Dire by United States of America as to Wendell Lamar Wilson (Redmond, Susan) (Entered: 02/28/2005) |
| 02/28/2005 | 53 | Proposed Jury Instructions by United States of America as to Wendell Lamar Wilson (Redmond, Susan) (Entered: 02/28/2005) |
| 02/28/2005 | 54 | ORDER as to Wendell Lamar Wilson denying as moot 46 MOTION to Continue trial filed by United States of America and 47 Defendant's Renewed MOTION to Continue trial filed by Wendell Lamar Wilson. Signed by Judge Myron H. Thompson on 2/28/05. (ws ) (Entered: 03/01/2005) |
| 03/01/2005 | 55 | Consent to Enter Guilty Plea before U. S. Magistrate Judge as to Wendell Lamar Wilson (jct, ) (Entered: 03/01/2005) |
| 03/01/2005 | 56 | PLEA AGREEMENT as to Wendell Lamar Wilson (jct, ) (Entered: 03/01/2005) |
| 03/01/2005 | 57 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Change of Plea Hearing as to Wendell Lamar Wilson held on 3/1/2005, Plea entered by Wendell Lamar Wilson (1) Guilty Count 5; remaining counts to be dismissed at sentencing, (Court Reporter Risa Entrekin.) (jct, ) (Entered: 03/01/2005) |
| 03/01/2005 | 58 | ORDER that defendant be released and continued under the same conditions imposed by U. S. Magistrate Judge on 12/23/04 as to Wendell Lamar Wilson . Signed by Judge Vanzetta P. McPherson on 3/1/05. (jct, ) (Entered: 03/01/2005) |
| 03/02/2005 | 59 | REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA to Count 5 of the Indictment as to Wendell Lamar Wilson; Objections to R&R due by 3/11/2005. Signed by Judge Vanzetta P. McPherson on 3/2/05. (snc) (Entered: 03/02/2005) |
| 03/17/2005 | 60 | ORDER Accepting Guilty Plea to Count Five of the Indictment as to Wendell Lamar Wilson and denying as moot all applicable pending |

|  |  |  |
|---|---|---|
|  |  | deadlines and motions ( Motions terminated as to Wendell Lamar Wilson: 40 MOTION to Suppress filed by Wendell Lamar Wilson, 59 REPORT AND RECOMMENDATION as to Wendell Lamar Wilson, 50 MOTION for Placement Upon Consent Docket for Plea of Guilt filed by Wendell Lamar Wilson) . Signed by Judge Myron H. Thompson on 3/17/2005. (snc) (Entered: 03/17/2005) |
| 03/17/2005 | 61 | ORDER as to Wendell Lamar Wilson setting Sentencing for 6/2/2005 10:00 AM in Courtroom 2E before Honorable Myron H. Thompson, directing counsel to communicate in writing to the PO any objections to the PSR by 5/16/2005, and directing parties to be available for a conference with the PO on 5/17/2005, as outlined in order. Signed by Judge Myron H. Thompson on 3/17/2005. (snc) (Entered: 03/17/2005) |
| 05/26/2005 | 62 | MOTION for Reduction in Criminal Offense Level for Acceptance of Responsibility by United States of America as to Wendell Lamar Wilson. (Redmond, Susan) (Entered: 05/26/2005) |
| 06/02/2005 | 63 | Minute Entry for SENTENCING HEARING held before Judge Myron H. Thompson on 6/2/2005 as to Wendell Lamar Wilson (Counts 1, 2, 3, 4 Dismissed at Sentencing) (Court Reporter Mitchell Reisner.) (snc) (Entered: 06/03/2005) |
| 06/02/2005 |  | Plea Agreement Accepted as to Wendell Lamar Wilson (snc) (Entered: 06/03/2005) |
| 06/02/2005 |  | ORAL ORDER, during sentence imposition, granting 62 Motion for Reduction in Criminal Offense Level for Acceptance of Responsibility as to Wendell Lamar Wilson (1). Entered by Judge Myron H. Thompson on 6/2/05. (snc) (Entered: 06/03/2005) |
| 06/02/2005 | 64 | ORDER REMANDING Wendell Lamar Wilson to the custody of the USM as required by 18 USC 3143, as amended . Signed by Judge Myron H. Thompson on 6/2/05. (snc) (Entered: 06/03/2005) |
| 06/10/2005 | 65 | JUDGMENT as to Wendell Lamar Wilson (1), Count(s) 1, 2, 3, 4: Dismissed at Sentencing; Count(s) 5: 60 Mos Imp; 5 Yrs Sup Rel; $100 SA . Signed by Judge Myron H. Thompson on 6/10/05. (snc) (Entered: 06/10/2005) |
| 07/15/2005 | 66 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Wendell Lamar Wilson (snc) (Entered: 07/18/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/21/2006 12:07:41 | | | |
| PACER Login: | us4367 | Client Code: | |
| Description: | Docket | Search | 2:01-cr-00149-MHT- |

| Billable Pages: | 7 | Report Cost: | Criteria: | VPM 0.56 |
|---|---|---|---|---|