FILED
SEP 2 5 2001
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 01-149-N |
| v. | ) | [21 U.S.C. 846; |
| | ) | 21 U.S.C. 841(a)(1); |
| WENDELL LAMAR WILSON and | ) | 18 U.S.C. 2; and |
| MARLON JAWUN BARNES | ) | 18 U.S.C. 924(c)(1)(A)(i)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about December 18, 2000, in Montgomery County, within the Middle District of Alabama,

WENDELL LAMAR WILSON and
MARLON JAWUN BARNES,

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute approximately 7.45 grams of cocaine base and 17.4 grams of cocaine hydrochloride, both Schedule II Controlled Substances, and 347.7 grams of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about December 18, 2000, in Montgomery County, within the Middle District of Alabama,

WENDELL LAMAR WILSON and
MARLON JAWUN BARNES,

GOVERNMENT EXHIBIT B

defendants herein, while aiding and abetting one another, did knowingly and intentionally possess with intent to distribute approximately 7.45 grams of cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 3

On or about December 18, 2000, in Montgomery County, within the Middle District of Alabama,

**WENDELL LAMAR WILSON and
MARLON JAWUN BARNES,**

defendants herein, while aiding and abetting one another, did knowingly and intentionally possess with intent to distribute approximately 17.4 grams of cocaine hydrochloride, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 4

On or about December 18, 2000, in Montgomery County, within the Middle District of Alabama,

**WENDELL LAMAR WILSON and
MARLON JAWUN BARNES,**

defendants herein, while aiding and abetting one another, did knowingly and intentionally possess with intent to distribute approximately 347.7 grams of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT 5

On or about December 18, 2000, in Montgomery County, within the Middle District of Alabama,

WENDELL LAMAR WILSON and
MARLON JAWUN BARNES,

defendants herein, while aiding and abetting one another, did unlawfully and knowingly use, carry, and possess a firearm, that is a Glock GMBH, pistol, model 27, .40 caliber, serial number CAC731US, during, in relation to, and in furtherance of the commission of the offenses of conspiracy to possess with intent to distribute and possession with intent to distribute approximately 7.45 grams of cocaine base, approximately 17.4 grams of cocaine hydrochloride, and approximately 347.7 grams of marijuana, drug trafficking crimes prosecutable in a court of the United States, in violation of Title 18, United States Code, Sections 2 and 924(c)(1)(A)(i).

A TRUE BILL:

_____
Foreperson

_____
Michael D. Kanarick
Assistant United States Attorney