**GOVERNMENT EXHIBIT**
E

## AFFIDAVIT

I, Susan R. Redmond, do hereby make the following statement under penalty of perjury:

I have been licensed to practice law since 1995. I was sworn in as a Deputy District Attorney for the 15th Judicial Circuit, Montgomery, Alabama in October 1996 and served as such until August 1, 2002. I was sworn in as an Assistant United States Attorney on August 12, 2002.

On or about March 23, 2004, I was assigned to unseal and prosecute a case against Wendell Wilson (Wilson) and Marlon Barnes (Barnes).

In December, 2004, Barnes was arrested and appointed counsel, Kevin Butler, and I began discussing the merits of the case against Barnes. After consultation with other assistants and the approval of Louis Franklin, Criminal Chief, I moved to have the charges against Barnes dismissed. The motion was granted on or about January 28, 2005.

In December 2004, Wilson was arrested. Barry Teague (Teague) was retained as counsel and immediately requested, and was provided, discovery in the case.

In early February, Teague, Wilson and I met in my office to try to reach some pre-trial disposition. As I recall, we spent nearly 2 hours going over the elements of each count, what evidence the government had to prove each count, the penalty for each count upon conviction, the fact that Barnes was willing to testify against Wilson, the fact that Wilson had a significant criminal history and the fact that he had some health issues and family concerns.

The government made an offer to Wilson that it would dismiss all other counts of the indictment if he would plead to count 5.

Sworn to this 18th day of August, 2006.

*Susan R. Redmond*
Susan R. Redmond
Assistant United States Attorney