IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CIVIL ACTION NO. 2:06CV505-MHT |
| | ) | |
| WENDELL LAMAR WILSON | ) | |

**O R D E R**

Pursuant to the orders of this court, the United States has filed a response addressing the claims presented by the movant, Wendell Lamar Wilson, in his § 2255 motion. *See Response of the United States, 18 August 2006* (Doc. # 10). In its response, the government argues that Wilson has not pleaded facts or presented evidence or argument in support of his claims of ineffective assistance of counsel sufficient to entitle him to an evidentiary hearing or any other relief based on those claims. In addition, the government argues that Wilson's claim of prosecutorial misconduct should be rejected because it is without merit.

Accordingly, it is

ORDERED that on or before 12 September 2006, Wilson may file a reply to the response filed by the United States. Any documents or evidence filed after this date will not be considered by the court except upon a showing of exceptional circumstances. At any time after 12 September 2006, the court shall "determine whether an evidentiary hearing is required. If it appears that an evidentiary hearing is not required, the [court] shall make such disposition of the motion as justice dictates." Rule 8(a), *Rules Governing Section 2255*

*Proceedings in the United States District Courts.*

Wilson is instructed that when responding to the assertions contained in the government's response, he may file sworn affidavits or other documents in support of his claims. Affidavits should set forth specific facts that demonstrate that Wilson is entitled to relief on the grounds presented in his § 2255 motion. If documents that have not previously been filed with the court are referred to in the affidavits, sworn or certified copies of those papers must be attached to the affidavits or served with them. When Wilson attacks the government's response by use of affidavits or other documents, the court will, at the appropriate time, consider whether to expand the record to include such materials. *See* Rule 7, *Rules Governing Section 2255 Proceedings in the United States District Courts*. Wilson is advised that upon expiration of the time for filing a response to this order, the court will proceed to consider the merits of the pending § 2255 motion pursuant to Rule 8(a).

Done this 23rd day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE