United States District Court
Middle District of Alabama

2006 SEP 20 A 9:37

Wendell L. Wilson, )
Petitioner, )
)
)
v. )
) 2:06cv505-MHT
)
United States of America, )
Respondent )
)
)
)
)
)

## AFFIDAVIT OF SANDRA E. WILSON

I Sandra E. Wilson the affiant herein do hereby affirm and attest that the following is true and correct to the best of my memory, knowledge, and understanding of action that I personally initiated or witnessed:

1) That the affiant was the wife of Wendell L. Wilson, "Wendell" at the time of the actions and events addressed in this affidavit and presents personal knowledge of events that took place during the course of his criminal case in federal court.

2) That I became aware that Wendell had been arrested by the police for some kind of traffic violation and I understand that he was charged with drugs and having a gun that was found in a car.

3) I was asked along with other family members if we could pitch in and help to hire a lawyer for Wendell. After putting the money together, Attorney Barry Teague from Montgomery, Alabama was hired.

4) Wendell kept telling me that he wanted to go to trial, and I was told about a lawsuit that he had against the police based on the initial traffic stop and arrest, and that he asked his attorney to challenge the evidence in the federal court.

-1-

5) Wendell told me that he was confused because the lawyer told him that the state had dismissed the charges, because the evidence was no good, but the prosecutor is now a federal prosecutor and had indicted him again.

6) Wendell told me his attorney kept trying to scare him into pleading guilty by saying he was going to get 15 years to life if he lost at trial. Wendell told me that he had pled guilty at first but that he wanted me to call his lawyer and tell him to take the guilty plea back.

7) On numerous occasions beginning on the second day that Wendell told me he entered the guilty plea, the attorney was called by me on the phone and I also drove to his attorney office, but he was not there and never returned my phone messages.

8) I was at the federal court house on the day Wendell was sentenced by the judge, and Wendell had told me that same night that he wanted to withdraw his plea within a couple of days after being sentenced or appeal his case, and his lawyer was told that but he wouldn't respond to his phone calls. Again, I made numerous attempts to contact Attorney Teague but he continued to ignore my calls and was not there when I drove to his office.

9) I am aware that Wendell is still trying to get the appeal he wanted of his case, and I am submitting this affidavit to present my direct knowledge and understanding of my attempts to contact Attorney Teague on behalf of Wendell, and of the concerns that Wendell spoke to me about his attorney abandoning him.

_Sandra E. Wilson_ (signature)
Sandra E. Wilson

### Notary of Public

Sworn before _Earkiyah V. King_ on this _19th_ day of _July_, 2006.
(Name of Notary)

My commission expires _01-31-10_.

_Earkiyah V. K._ (signature)