IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,           CRIMINAL CASE NO.01-CR-00149-T-MHT

vs.                          CIVIL CASE NO.2:06CV505-MHT

WENDELL LAMAR WILSON,

    Defendant.
_____/

NOTICE OF CHANGE OF ADDRESS

The Defendant WENDELL LAMAR WILSON, hereby notifies the Court that he has been transferred by the Federal Bureau of Prisons to a different prison, and therefore, he asks the Clerk's Office to take notice of this change, and to forward any correspondence related to the above cases to the defendant's new address as set forth below:

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| Wendell Lamar Wilson | Wendell Lamar Wilson |
| #11583-002 | #11583-002 ( |
| FMC Devens | FCI-Talladega |
| P.O.BOX 879 | P.O.Box 1000 |
| Ayer, MA 01432 | Talladega, AL 35160 |

Respectfully submitted this 22th day of March, 2007.

*/s/ Wendell B. Wilson*
Wendell Lamar Wilson
#11583-002 (A/A)
FCI-Talladega
PMB 1000
Talladega, AL 35160

cc:   U.S. Attorney's Office
       Clerk, 11th Circuit Court
       File