IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Civil Action No. 2:06cv505-MHT |
| | ) | |
| WENDELL LAMAR WILSON | ) | |

**ORDER ON MOTION**

Upon consideration of the "Motion for Scheduling Conference and for Evidentiary Hearing" (Doc. No. 14) filed by movant Wendell Lamar Wilson on March 26, 2007, and for good cause, it is

ORDERED that this motion be and is hereby DENIED at this time.

Done this 28th day of March, 2007.


        /s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE