IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Civil Action No. 2:06cv505-MHT |
| | ) | (WO) |
| WENDELL LAMAR WILSON | ) | |

**O R D E R**

Upon review of the court's file in this case, it is ORDERED as follows:

1.  The United States Attorney is directed to determine whether Mr. Barry Teague's son/successor in practice possesses or is otherwise in control of any records or documents in Mr. Teague's files concerning Mr. Teague's representation of Wendell Lamar Wilson in Criminal Case No. 2:01cr149-MHT, in particular, any records or documents reflecting communication between Wilson and Mr. Teague regarding a possible appeal of Wilson's conviction and sentence.  Such records or documents should be those kept in the regular course of business, such as telephone logs, memoranda to file, etc.

2.  The United States Attorney shall secure any relevant records or documents determined to be in the possession or control of Mr. Teague's son/successor in practice and shall file copies of such records or documents with this court on or before May 1, 2007. Should the government determine that no relevant records or documents are in the possession or control of Mr. Teague's son/successor in practice, the United States Attorney shall so inform this court by May 1, 2007.

Done this 29th day of March, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE