### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **NO 2:06-cv-505-MHT** |
| ) | |
| **WENDELL LAMAR WILSON** ) | |
| ) | |

### MOTION FOR EXTENSION OF TIME

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files this Motion for Extension of Time to respond to Court Order (Doc. 16) filed on March 29, 2007.

On or about April 3, 2007, the undersigned AUSA mailed to the offices of the late Barry Teague, Esquire, a letter informing them of the Order of the Court and requesting any and all documents relating to Mr. Teague's representation of Mr. Wilson.

Matt Teague, son of the late Barry Teague, has informed the United States that, to date, he has been unable to locate any file or paperwork relating to Mr. Wilson.

It is the government's belief that additional time should be given to Mr. Teague to complete a thorough examination of the records of his late father based on the undersigned AUSA's recollection and belief that Mr. Barry Teague represented Mr. Wilson from the early 1980's in numerous cases and should, therefore, have multiple documents relating to Mr. Wilson.

For the reasons stated above, the United States requests that this Honorable Court grant an  extension of time to file the government's response to allow Mr. Teague time to complete the search of records and respond to the government's request for documents.

Respectfully submitted, this the 1st day of May, 2007.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/ Susan R. Redmond
> SUSAN R. REDMOND
> Assistant United States Attorney
> One Court Square, Suite 201
> Montgomery, Alabama 36104
> Telephone: (334) 223-7280
> Fax: (334) 223-7135
> E-mail: susan.redmond@usdoj.gov

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | NO 2:06-cv- 505-MHT |
| | ) | |
| **WENDELL LAMAR WILSON** | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2007, I filed the foregoing with the Clerk of the Court and sent a copy of such filing to the following:

Wendell Lamar Wilson
Inmate # 11583-002 (A/A)
FCI-Talladega
P. O. Box 1000
Talladega, AL 35160

                      Respectfully submitted,

                      LEURA G. CANARY
                      UNITED STATES ATTORNEY

                      /s/ Susan R. Redmond
                      SUSAN R. REDMOND
                      Assistant United States Attorney
                      One Court Square, Suite 201
                      Montgomery, Alabama 36104
                      Telephone: (334) 223-7280
                      Fax: (334) 223-7135
                      E-mail: susan.redmond@usdoj.gov