IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Civil Action No. 2:06cv505-MHT |
| | ) | |
| WENDELL LAMAR WILSON | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on May 1, 2007 (Doc. No. 17), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the United States be GRANTED an extension from May 1, 2007, to and including May 22, 2007, to file copies of any relevant records or documents with this court in compliance with the order entered on March 29, 2007.

Done this 2nd day of May, 2007.

       /s/Terry F. Moorer
       TERRY F. MOORER
       UNITED STATES MAGISTRATE JUDGE