IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | NO 2:06-cv-505-MHT |
| | ) | |
| **WENDELL LAMAR WILSON** | ) | |
| | ) | |

## RESPONSE TO COURT ORDER

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files this response to Court Order (Doc. 16) filed on March 29, 2007.

On or about April 3, 2007, the undersigned AUSA mailed to the offices of the late Barry Teague, Esquire, a letter informing them of the Order of the Court and requesting any and all documents relating to Mr. Teague's representation of Mr. Wilson. Matt Teague, son of the late Barry Teague, informed the United States that he had been unable to locate any file or paperwork relating to Mr. Wilson.

Based on its belief that additional time should be given to Mr. Teague to complete a thorough examination of the records of his late father based on the undersigned AUSA's recollection and belief that Mr. Barry Teague represented Mr. Wilson from the early 1980's in numerous cases and should, therefore, have multiple documents relating to Mr. Wilson, the government filed a Motion for Extension of Time, which was granted.

Now comes the government to inform the Court that, to date, no further communication by Matt Teague has been received regarding documents or files kept by Barry Teague in his representation of Wendell Wilson.

Respectfully submitted, this the 22nd day of May, 2007.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/ Susan R. Redmond
                SUSAN R. REDMOND
                Assistant United States Attorney
                One Court Square, Suite 201
                Montgomery, Alabama 36104
                Telephone: (334) 223-7280
                Fax: (334) 223-7135
                E-mail: susan.redmond@usdoj.gov

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **NO 2:06-cv- 505-MHT** |
| ) | |
| **WENDELL LAMAR WILSON** ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2007, I filed the foregoing with the Clerk of the Court and sent a copy of such filing to the following:

Wendell Lamar Wilson
Inmate # 11583-002 (A/A)
FCI-Talladega
P. O. Box 1000
Talladega, AL 35160

                Respectfully submitted,

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/ Susan R. Redmond
                SUSAN R. REDMOND
                Assistant United States Attorney
                One Court Square, Suite 201
                Montgomery, Alabama 36104
                Telephone: (334) 223-7280
                Fax: (334) 223-7135
                E-mail: susan.redmond@usdoj.gov