IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 2:06cv505-MHT-TFM |
| ) | |
| WENDELL LAMAR WILSON ) | |

**UNITED STATES' SUPPLEMENTAL RESPONSE TO § 2255 MOTION**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and, supplements its *Response*, filed on or about August 18, 2006, as follows:

1. The Court is aware that petitioner/movant filed a §2255 motion claiming ineffectiveness of counsel and prosecutorial misconduct.

2. The Court is aware that before his affidavit responding to petitioner's/movant's claims could be filed, Barry Teague, Esq, passed away.

3. The Court is aware that the government made a concerted effort to establish whether Mr. Teague kept records of his representation of petitioner/movant.

4. The Court is aware that the government, to date, has not established that Mr. Teague maintained records of his representation of petitioner/movant.

5. The United States contends that the present action is due to be denied as petitioner/movant has not met his burden and has failed to establish that defense counsel was ineffective or that the United States engaged in prosecutorial misconduct; however, should the Court conclude that it cannot adequately address the ineffectiveness of counsel claims raised by the petitioner/movant, the United States respectfully suggests that the Court grant the petition and, as requested relief, allow the petitioner/movant to file an out of time appeal with the appropriate appellate court.

Respectfully submitted this the 12th day of June, 2007.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Susan R. Redmond
    SUSAN R. REDMOND
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    (334) 223-7280
    (334) 223-7135 fax
    susan.redmond@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 2:06cv505-MHT-TFM |
| ) | |
| WENDELL LAMAR WILSON ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that I mailed a copy of the same to the following non-CM/ECF participant: Wendell Lamar Wilson, #11583-002, FCI Talladega, P. O. Box 1000, Talladega, AL 35160.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
susan.redmond@usdoj.gov