IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | NO 2:06-cv-505-MHT |
| ) | |
| **WENDELL LAMAR WILSON** ) | |
| ) | |

**OBJECTION TO THE RECOMMENDATION OF THE MAGISTRATE JUDGE**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files this response to the Recommendation of the Magistrate Judge (Doc. 21-1) filed on October 5, 2007.

The United States has no objection to the substance of the Recommendation but does object to the form.

The Magistrate Judge recommends that the judgment in Criminal Case 2:01CR149-MHT be vacated; that the same sentence be reimposed and the identical judgment be re-entered; that Wilson be advised that he has the right to appeal from the re-entered judgment, that if he cannot afford a lawyer, one will be appointed for him; and, that Wilson then be advised that he must file notice of appeal from the judgment within the ten-day period provided by Federal Rule of Appellate Procedure 4(b)(1)(A).

The United States respectfully objects to the recommendation that the original judgment be vacated, and instead argues that the appropriate action is to grant the 2255 motion in part and deny in part; appoint appellate counsel for Wilson[1]; notify Wilson of his

---

[1] The government notes that Wilson has been incarcerated within the Federal Bureau of Prisons since approximately June 2, 2005. Additionally, this Court

right to appeal, within the confines of his plea agreement; instruct him that he has 10 days from the date of the present Order to file Notice of Appeal with the District Court; and, deny, without prejudice, the remaining issues contained within Wilson's Motion to Vacate..

Respectfully submitted this the 18th day of October, 2007.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/ Susan R. Redmond
                SUSAN R. REDMOND
                Assistant United States Attorney
                131 Clayton Street
                Montgomery, Alabama 36104
                Telephone: (334) 223-7280
                Fax: (334) 223-7135
                E-mail: susan.redmond@usdoj.gov

---

can take judicial notice of Document 76 filed in 2:01-cr-149-MHT filed on May 5, 2007, Application to Proceed Without Prepayment of Fees and Affidavit, to determine Wilson's eligibility for appointed counsel.

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.           ) | NO 2:06-cv- 505-MHT |
| ) | |
| **WENDELL LAMAR WILSON** ) | |
| ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2007, I filed the foregoing with the Clerk of the Court and sent a copy of such filing to the following:

Wendell Lamar Wilson
Inmate # 11583-002 (A/A)
FCI-Talladega
P. O. Box 1000
Talladega, AL 35160

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Susan R. Redmond
    SUSAN R. REDMOND
    131 Clayton Street
    One Court Square, Suite 201
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: susan.redmond@usdoj.gov