IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WENDELL LAMAR WILSON, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv505-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|    Respondent. | ) | |

OPINION

Pursuant to 28 U.S.C.'s § 2255, petitioner, a federal inmate, filed this lawsuit seeking habeas relief.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's petition be granted in part and denied without prejudice in part.  Also before the court are respondent's partial objections to the recommendation.  After an independent and de novo review of the record, the court concludes that respondent's partial objections should be overruled, see United States v. Phillips, 225 F.3d 1198, 1201 (11th Cir. 2000) (where a district court finds that a defendant

was denied the right to appeal, that court should vacate the judgment, reimpose the same sentence, and inform the defendant of the right to appeal then of the ten days he has in which to file a notice of appeal) and the magistrate judge's recommendation adopted.

An appropriated judgment will be entered.

DONE, this the 23rd day of October, 2007.


                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**