IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WENDELL LAMAR WILSON,         ) | |
|                                 ) | |
|     Petitioner,         ) | |
|                                 ) | CIVIL ACTION NO. |
| v.         ) | 2:06cv505-MHT |
|                                 ) | (WO) |
| UNITED STATES OF AMERICA,    ) | |
|                                 ) | |
|     Respondent.         ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The respondent's partial objections (Doc. No. 22) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 21) is adopted.

(3) The 28 U.S.C.A. § 2255 petition for writ of habeas corpus (Doc. No. 1) is granted to the extent that the judgment imposed on June 2, 2005, and entered on June 10, 2005 (Doc. No. 65)

      in United States v. Wilson, criminal action no. 2:01cr149-T (M.D. Ala.), is vacated.

  (4) Said petition is denied without prejudice with regard to the remaining claims.

It is further ORDERED that the clerk of the court is to file a copy of this judgment and the accompanying memorandum opinion in United States v. Wilson, criminal action no. 2:01cr149-T (M.D. Ala.).

It is further ORDERED that costs are taxed against respondent, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of October, 2007.

          /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE